```
Kate Dyer
CLARENCE & DYER, LLP
899 Ellis Street
San Francisco, CA 94109
Tel: 415-749-1800
Fax: 415-749-1694
email: kdyer@clarencedyer.com

Attorneys for Claimant
JOHANNES VAN PRAAG
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff<br><br>  v.<br><br>REAL PROPERTY LOCATED<br>AT 6557 ASCOT DRIVE,<br>OAKLAND, CALIFORNIA,<br><br>      Defendant.<br><br>STEVEN FONTAINE,<br>NILOUFER FONTAINE,<br>HEREFORD HUMANITARIAN BUSINESS<br>TRUST, HUIBERT JOHANNES VAN PRAAG<br>AND LONGMEAD PROPERTIES LIMITED,<br><br>      Claimants. | Case No. 02-4948 JSW<br><br>ORDER DENYING<br>STIPULATION ~~AND [PROPOSED]~~<br>~~ORDER~~ CONTINUING CASE<br>MANAGEMENT CONFERENCE |

  WHEREAS, by order of this Court, the parties to this action have engaged in multiple settlement conferences with Magistrate Judge Spero; and

  WHEREAS, as a result of these conferences, the parties reached an agreement to settle this action in its entirety; and

  WHEREAS the settlement will be funded through Claimant Fontaine's refinancing of the home which is the subject of this action, which refinancing will permit Mr. Fontaine to pay off (1) an Internal Revenue Service lien against the home; (2) the full settlement amount in this action and (3) a judgment against him in another action; and

WHEREAS this refinancing cannot occur until the Internal Revenue Service makes a determination regarding Claimant Fontaine's 2002 tax liability, which determination the Internal Revenue Service has advised will be completed within 45 days from May 12, 2007; and

WHEREAS all parties will have a further conference with Magistrate Judge Spero on June 27, 2007 at 1:30 p.m.,

NOW, THEREFORE IS HEREBY STIPULATED, by and between the parties to this action through their respective counsel of record, that the Case Management Conference currently scheduled for June 1, 2007, be continued to August 10, 2007, by which time the parties expect that the above-described processes will be completed and the matter resolved.

DATED: May 23, 2007

    /s/: Patricia Kenney
PATRICIA KENNEY
Attorney for Plaintiff United States

DATED: May 23, 2007

    /s/: Steven Fontaine
STEVEN FONTAINE
Claimant in Pro Per

DATED: May 23, 2007

/s/: Niloufer Fontain
N ILOUFER FONTAINE
Claimant in Pro Per

DATED: May 23, 2007

/s/: Darrell Mook
DARRELL MOOK
STEPHEN KAUS
Attorneys for Claimant HHBT

DATED: May 23, 2007

/s/: Kate Dyer
KATE DYER
Attorney for Claimants van Praag and Longmead Properties, Ltd.

STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE, Case No.: 02-4948 JSW

2

|   |   |
|---|---|
| 1 | |
| 2 | [PROPOSED] ORDER |
| 3 | IT IS HEREBY ORDERED, ~~pursuant to the~~ above stipulation of the parties, ~~that the~~ the Court DENIES to continue the Case Management Conference in this action, ~~previously~~ set for June 1, 2007, ~~shall be continued until August 10, 2007 at 1:30 p.m.~~ |

IT IS HEREBY ORDERED, ~~pursuant to the~~ above stipulation of the parties, ~~that the~~ — the Court DENIES — to continue the Case Management Conference in this action, ~~previously~~ set for June 1, 2007, ~~shall be continued until August 10, 2007 at 1:30 p.m.~~

IT IS SO ORDERED.

Dated: May 29, 2007

_____
The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

~~STIPULATION AND PROPOSED ORDER CONTINUING CASE MANAGEMENT CONFERENCE~~, Case No.: 02-4948 JSW

3