| | |
|---|---|
| 1 | COOPER, WHITE & COOPER LLP<br>STEPHEN KAUS (SBN 57454) |
| 2 | 201 California Street, 17th Floor<br>San Francisco CA 94111 |
| 3 | Telephone: (415) 433-1900<br>Facsimile: (415) 433-5530 |
| 4 | E-Mail: skaus@cwclaw.com |
| 5 | DONOVAN HATEM LLP<br>DARRELL MOOK, (MSBN 546754) |
| 6 | Two Seaport Lane<br>Boston MA 02210 |
| 7 | Telephone: (617) 406-4500 |
| 8 | Attorneys for Claimant Hereford<br>Humanitarian Business Trust |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>REAL PROPERTY AT 6557 ASCOT DRIVE, OAKLAND, CALIFORNIA,<br><br>    Defendant,<br><br>HEREFORD HUMANITARIAN BUSINESS TRUST, HUIBERT JOHANNES VAN PRAAG, LONGMEAD PROPERTIES LIMITED and HOWARD JACHTER,<br><br>    Claimants. | CASE NO. 02-4948 JSW<br><br>**REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE AND ~~PROPOSED~~ ORDER**<br><br>Date: June 1, 2007<br>Time: 1:30 P.M.<br>Dept.: Hon. Jeffrey S. White |

    Application is hereby made for permission for Darrell Mook, counsel for Claimant Hereford Humanitarian Business Trust to appear by telephone at the case management conference set for June 1, 2007 at 1:30 p.m.

    Mr. Mook's office is in Boston, Massachusetts. This matter has been settled with the

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

561504.1

REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE

02-4948 JSW

assistance of Magistrate Judge Joseph Spero and the consummation of that settlement is dependent on the release of a lien on the property by the Internal Revenue Service, which has indicated that it would make a decision within forty-five (45) days of may 12, 2007. Therefore, Magistrate Judge Spero has set a further telephonic settlement conference for June 27 at 1:30 p.m.

In light of the status of the case, Mr. Mook requests permission to appear by telephone.

It is my understanding that no other party objects to this request. All other parties have stipulated to a continuance of the case management conference to August 10, 2007, but since no order has been entered, I am submitting this request five days in advance out of an abundance of caution.

DATED: May 25, 2007         COOPER, WHITE & COOPER LLP

By: _____
Stephen Kaus
Attorneys for Claimant Hereford Humanitarian Business Trust

Mr. Mook shall call this Court's courtroom deputy, Jennifer Ottolini, at (415) 522-4173, by no later than noon on May 31, 2007 to provide a telephone number for the Court to initiate the conference call.

IT IS SO ORDERED

May 29, 2007

_____
Hon. Jeffrey A. White
United States District Court Judge

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

561504.1                 2                 02-4948 JSW
REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE