E-Filing

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REAL PROPERTY AT 6557 ASCOT DRIVE, OAKLAND, CALIFORNIA,

    Defendant,

STEVEN FONTAINE and NILOUFER FONTAINE,

    Claimants.

_____/

No. C 02-4948 JSW

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

    The Court ORDERS that the Case Management Conference set for July 6, 2007 is HEREBY CONTINUED to August 3, 2007 at 1:30 p.m.

    **IT IS SO ORDERED.**

Dated: JUL 0 3 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE