1  SCOTT N. SCHOOLS (SCSBN 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CSBN 202121)
3  Acting Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, CA 94102
      Telephone: 415.436.6857
7     Facsimile:  415.436.6748
      Email: patricia.kenney@usdoj.gov
8
   Attorneys for the United States of America
9

FILED
JUL 12 2007
RICHARD W. ...
... CHAMBERS
COPY

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13 | UNITED STATES OF AMERICA,           )   Case No. 02-4948 JSW
                                         )
14 |                     Plaintiff       )
                                         )   STIPULATION AND ORDER
15 |             v.                      )   CHANGING CASE MANAGEMENT
                                         )   CONFERENCE TO ~~AUGUST 10, 2007~~
16 | REAL PROPERTY LOCATED               )   September 14, 2007
     AT 6557 ASCOT DRIVE,                )
17 | OAKLAND, CALIFORNIA,                )
                                         )
18 |                     Defendant.      )
   |_____)
19 |                                     )
     STEVEN FONTAINE,                    )
20 | NILOUFER FONTAINE,                  )
     HEREFORD HUMANITARIAN BUSINESS      )
21 | TRUST, HUIBERT JOHANNES VAN PRAAG   )
     AND LONGMEAD PROPERTIES LIMITED,    )
22 |                                     )
                         Claimants.      )
23 |_____)

24     The Court scheduled a case management conference for July 6, 2007. Subsequently, the

25  parties informed the Court that the IRS had issued another letter to Mr. Fontaine on June 21,

26  2007, which states that the IRS would make efforts to reach a decision on Mr. Fontaine's 2002

27  tax liability within fifteen days of the letter which would be July 6, 2007. Thereafter, the Court

28  *sua sponte* changed the case management conference to ~~August 3, 2007~~ September 14, 2007 at 1:30 p.m.

COPIES MAILED TO SUBMITTING COUNSEL

1     The undersigned Assistant United States Attorney will be out of the state on August 3,
2 and the other asset forfeiture Assistant United States Attorney will also be out of the office.
3 Accordingly, the other parties have agreed, subject to the Court's approval, to reschedule the case
4 management conference on ~~August 10, 2007~~ *September 14, 2007,* at 1:30 p.m. August 10 is the only Friday during
5 August when all counsel and Mr. Fontaine are available.

6

7 IT IS SO STIPULATED:        SCOTT N. SCHOOLS
                                        United States Attorney

8 Dated: July 5, 2007
9                                          PATRICIA J. KENNEY
                                         Assistant United States Attorney
10                                          Attorneys for the United States

11 Dated: July ___, 2007
                                         _____
12                                          STEVEN FONTAINE, *PRO SE*

Dated: July ___, 2007
13                                          NILOUFER FONTAINE, *PRO SE*

14                                          COOPER, WHITE & COOPER LLP

15 Dated: July ___, 2007
                                         _____
                                         STEPHEN D. KAUS
16                                          Attorneys for Hereford Humanitarian Business Trust

17                                          DONOVAN HATEM LLP

18 Dated: July ___, 2007
                                         _____
                                         DARRELL MOOK
19                                          Attorney for Hereford Humanitarian Business Trust

20                                          CLARENCE & DYER LLP

21 Dated: July ___, 2007
                                         _____
                                         KATE DYER
22                                          Attorney Huibert Van Praag & Longmead Properties LLP

23

24 PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____
25 DAY OF JULY, 2007.
26
27                                          HONORABLE JEFFREY S. WHITE
                                         United States District Judge
28 *The Court is unavailable on Friday, August 10, 2007 in the afternoon, therefore the conference is continued to September 14, 2007 @ 1:30 p.m.*

Stip & Order
No. 02-4948 JSW                           2

**COPIES MAILED TO SUBMITTING COUNSEL**

The undersigned Assistant United States Attorney will be out of the state on August 3, and the other asset forfeiture Assistant United States Attorney will also be out of the office. Accordingly, the other parties have agreed, subject to the Court's approval, to reschedule the case management conference on ~~August 10, 2007~~ September 14, 2007, at 1:30 p.m. August 10 is the only Friday during August when all counsel and Mr. Fontaine are available.

IT IS SO STIPULATED:                SCOTT N. SCHOOLS
                                    United States Attorney

Dated: July 5, 2007

                                    PATRICIA J. KENNEY
                                    Assistant United States Attorney
                                    Attorneys for the United States

Dated: July ___, 2007

                                    STEVEN FONTAINE, PRO SE

Dated: July ___, 2007

                                    NILOUFER FONTAINE, PRO SE

                                    COOPER, WHITE & COOPER LLP

Dated: July ___, 2007

                                    STEPHEN D. KAUS
                                    Attorneys for Hereford Humanitarian Business Trust

                                    DONOVAN HATEM LLP

Dated: July ___, 2007

                                    DARRELL MOOK
                                    Attorney for Hereford Humanitarian Business Trust

                                    CLARENCE & DYER LLP

Dated: July ___, 2007

                                    KATE DYER
                                    Attorney Huibert Van Praag & Longmead Properties LLP

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____ DAY OF JULY, 2007.

                                    HONORABLE JEFFREY S. WHITE
                                    United States District Judge

Stip & Order
No. 02-4948 JSW                 2

COPIES MAILED TO SUBMITTING COUNSEL

1  The undersigned Assistant United States Attorney will be out of the state on August 3,
2  and the other asset forfeiture Assistant United States Attorney will also be out of the office.
3  Accordingly, the other parties have agreed, subject to the Court's approval, to reschedule the case
4  management conference on ~~August 10, 2007~~ September 14, 2007, at 1:30 p.m. August 10 is the only Friday during
5  August when all counsel and Mr. Fontaine are available.

7  IT IS SO STIPULATED:          SCOTT N. SCHOOLS
                                 United States Attorney

8  Dated: July 5, 2007
9                                 _____
                                  PATRICIA J. KENNEY
                                  Assistant United States Attorney
10                                Attorneys for the United States

11 Dated: July ___, 2007
                                  _____
12                                STEVEN FONTAINE, *PRO SE*

   Dated: July ___, 2007
13                                _____
                                  NILOUFER FONTAINE, *PRO SE*

14                                COOPER, WHITE & COOPER LLP

15 Dated: July 5, 2007           _____
                                  STEPHEN D. KAUS
16                                Attorneys for Hereford Humanitarian Business Trust

17                                DONOVAN HATEM LLP

18 Dated: July 5, 2007           _____
                                  DARRELL MOOK
19                                Attorney for Hereford Humanitarian Business Trust

20                                CLARENCE & DYER LLP

21 Dated: July ___, 2007         _____
                                  KATE DYER
22                                Attorney Huibert Van Praag & Longmead Properties LLP

24 PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS ___
25 DAY OF JULY, 2007.

27                                _____
                                  HONORABLE JEFFREY S. WHITE
                                  United States District Judge

Stip & Order
No. 02-4948 JSW                    2

1   The undersigned Assistant United States Attorney will be out of the state on August 3,
2   and the other asset forfeiture Assistant United States Attorney will also be out of the office.
3   Accordingly, the other parties have agreed, subject to the Court's approval, to reschedule the case
4   management conference on ~~August 10, 2007~~ September 14, 2007, at 1:30 p.m. August 10 is the only Friday during
5   August when all counsel and Mr. Fontaine are available.

IT IS SO STIPULATED:                SCOTT N. SCHOOLS
                                    United States Attorney

Dated: July 5, 2007
                                    _____
                                    PATRICIA J. KENNEY
                                    Assistant United States Attorney
                                    Attorneys for the United States

Dated: July ___, 2007
                                    _____
                                    STEVEN FONTAINE, *PRO SE*

Dated: July ___, 2007
                                    _____
                                    NILOUFER FONTAINE, *PRO SE*

                                    COOPER, WHITE & COOPER LLP

Dated: July ___, 2007
                                    _____
                                    STEPHEN D. KAUS
                                    Attorneys for Hereford Humanitarian Business Trust

                                    DONOVAN HATEM LLP

Dated: July ___, 2007
                                    _____
                                    DARRELL MOOK
                                    Attorney for Hereford Humanitarian Business Trust

                                    CLARENCE & DYER LLP

Dated: July 5, 2007
                                    _____
                                    KATE DYER
                                    Attorney Huibert Van Praag & Longmead Properties LLP

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED ON THIS _____
DAY OF JULY, 2007.

                                    _____
                                    HONORABLE JEFFREY S. WHITE
                                    United States District Judge

Stip & Order
No. 02-4948 JSW                     2