COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
201 California Street, 17th Floor
San Francisco CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530
E-Mail: skaus@cwclaw.com

DONOVAN HATEM LLP
DARRELL MOOK (MSBN 546754)
Two Seaport Lane
Boston MA 02210
Telephone: (617) 406-4500

Attorneys for Claimant Hereford
Humanitarian Business Trust

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY AT 6557 ASCOT DRIVE, OAKLAND, CALIFORNIA,<br><br>Defendant,<br><br>HEREFORD HUMANITARIAN BUSINESS TRUST, HUIBERT JOHANNES VAN PRAAG, LONGMEAD PROPERTIES LIMITED and HOWARD JACHTER,<br><br>Claimants. | CASE NO. 02-4948 JSW<br><br>**RENEWAL OF REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE AND** ~~PROPOSED~~ **ORDER**<br><br>Date: September 14, 2007<br>Time: 1:30 P.M.<br>Dept.: Hon. Jeffrey S. White |

Application is hereby made for permission for Darrell Mook, counsel for Claimant Hereford Humanitarian Business Trust to appear by telephone at the case management conference set for September 14, 2007 at 1:30 p.m. Local counsel Stephen Kaus will be present in person and prepared to fully represent Hereford Humanitarian Business Trust.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

587144.1                                                                                                    02-4948 JSW
REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE

1  Mr. Mook's office is in Boston, Massachusetts. As the Court is aware, a settlement was
2  reached in this matter with the assistance of Magistrate Judge Joseph Spero, but the consummation
3  of that settlement is dependent on the release of a lien on the property by the Internal Revenue
4  Service. Mr. Fontaine has indicated that he has a meeting with an IRS Supervisor on Monday
5  September 10, 2007 that he hopes will result in his being able to fund the settlement.

6  This Case Management Conference was continued from July 7, 2007, at which time a
7  similar request was made. In light of the status of the case and the presence of local counsel, Mr.
8  Mook requests permission to appear by telephone.

9  It is my understanding that no other party objects to this request and none has objected to
10 similar requests in the past, however, Ms. Kenney is currently unavailable.

11 DATED: September 7, 2007  COOPER, WHITE & COOPER LLP

13                               By: _____
                                    Stephen Kaus
14                                  Attorneys for Claimant Hereford Humanitarian
                                    Business Trust

16 IT IS SO ORDERED

18 Dated: September 10, 2007   _____
                                Hon. Jeffrey A. White
19                              United States District Court Judge

---

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET

587144.1                                 2                                02-4948 JSW
REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE