Kate Dyer, CSBN 171891
CLARENCE & DYER LLP
899 Ellis Street
San Francisco, CA 94109-7807
Telephone: (415) 749-1800
Facsimile:  (415) 749-1694

Attorneys for Claimants
Huibert Johannes van Praag
Longmead Properties, Ltd.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Real Property at 6557 Ascot Drive, Oakland, California,<br><br>Defendant,<br><br>Hereford Humanitarian Business Trust, Huibert Johannes van Praag, Longmead Properties Limited and Howard Jachter,<br><br>Claimants. | Case No.: 02-4948 JSW<br><br>**APPLICATION OF CLAIMANTS VAN PRAAG AND LONGMEAD PROPERTIES, INC. TO APPEAR AT SETTLEMENT CONFERENCE BY TELEPHONE**; ORDER THEREON<br><br>Settlement Conf.: November 21, 2007<br>Before:     Hon. Joseph C. Spero<br>Time:        9:30 a.m.<br>Place:        Courtroom A |

Claimants Huibert Johannes van Praag and Longmead Properties, Ltd. hereby respectfully seek the Court's permission to appear at the November 21, 2007 Settlement Conference in this action telephonically.

It should be noted that, as set forth in previously-filed pleadings, Longmead Properties, Ltd. has assigned all of its interest in the above entitled action to Mr. van Praag.  Further, and as all parties are aware, Mr. van Praag resides in the United Kingdom.  He has made himself available by telephone for the duration of the Settlement Conference – and will remain so through close of business November 21, 2007 Pacific Standard Time and beyond, should that be

necessary. He will be at the Court's disposal during the entirety of this conference. Moreover, lead trial counsel Kate Dyer will be personally present, with full settlement authority for Mr. van Praag and Longmead Properties, Ltd.

Because traveling to San Francisco from England physically to appear would cause him substantial hardship both personally and financially, claimant van Praag respectfully requests that he be permitted to participate telephonically.

Dated: November 16, 2007                Respectfully submitted,

                                        CLARENCE & DYER LLP


                                        By:    /s/: Kate Dyer
                                        Kate Dyer
                                        HUIBERT JOHANNES VAN PRAAG
                                        LONGMEAD PROPERTIES, LTD.

DATED: November 19, 2007



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

APPLICATION OF CLAIMANTS VAN PRAAG AND LONGMEAD PROPERTIES, INC. TO APPEAR AT SETTLEMENT CONFERENCE BY TELEPHONE
Case No.: 02-4948 JSW                                                                    2