COOPER, WHITE & COOPER LLP
STEPHEN KAUS (SBN 57454)
201 California Street, 17th Floor
San Francisco CA 94111
Telephone: (415) 433-1900
Facsimile: (415) 433-5530
E-Mail: skaus@cwclaw.com

DONOVAN HATEM LLP
DARRELL MOOK (MSBN 546754)
Two Seaport Lane
Boston MA 02210
Telephone: (617) 406-4500

Attorneys for Claimant Hereford
Humanitarian Business Trust

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>REAL PROPERTY AT 6557 ASCOT DRIVE, OAKLAND, CALIFORNIA,<br><br>Defendant,<br><br>HEREFORD HUMANITARIAN BUSINESS TRUST, HUIBERT JOHANNES VAN PRAAG, LONGMEAD PROPERTIES LIMITED and HOWARD JACHTER,<br><br>Claimants. | CASE NO. 02-4948 JSW<br><br>**REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE AND PROPOSED ORDER**<br><br>Date: January 18, 2008<br>Time: 1:30 P.M.<br>Dept.: Hon. Jeffrey S. White |

Application is hereby made for permission for Darrell Mook, counsel for Claimant Hereford Humanitarian Business Trust to appear by telephone at the case management conference set for Friday, January 18, 2008 at 1:30 p.m. Local counsel Stephen Kaus will be present in person and prepared to fully represent Hereford Humanitarian Business Trust.

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593523.1

02-4948 JSW

REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE

Mr. Mook's office is in Boston, Massachusetts. Counsel and Mr. Fontaine have continued their efforts to finalize a settlement, but it appears that this will not occur by January 18th.

In light of the status of the case and the presence of local counsel, Mr. Mook requests permission to appear by telephone.

It is my understanding that no other party objects to this request.

DATED: January 15, 2008

COOPER, WHITE & COOPER LLP

By: _____
Stephen Kaus
Attorneys for Claimant Hereford Humanitarian Business Trust

IT IS SO ORDERED

Dated: January 16, 2008

_____
Hon. Jeffery A. White
United States District Court Judge

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111

593523.1

2

02-4948 JSW

REQUEST TO APPEAR AT CASE MANAGEMENT CONFERENCE BY TELEPHONE