JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney
    450 Golden Gate Avenue
    San Francisco, CA 94102
    Telephone: 415.436.6857
    Facsimile: 415.436.6748
    Email: patricia.kenney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>REAL PROPERTY LOCATED AT 6557 ASCOT DRIVE, OAKLAND, CALIFORNIA,<br><br>    Defendant.<br><br>HEREFORD HUMANITARIAN BUSINESS TRUST; HUIBERT JOHANNES VAN PRAAG; LONGMEAD PROPERTIES LIMITED; STEVEN FONTAINE; AND NILOUFER FONTAINE;<br><br>    Claimants. | No. 02-4948 JSW<br><br>ORDER CHANGING TRIAL DATE |

1  UPON CONSIDERATION of the motion of the United States to change the trial date, the
2  entire record and for good cause shown, it is by the Court on this APR 1 8 2008 day of April, 2008,
3  ORDERED that the motion be, and hereby, is GRANTED; and it is
4  FURTHER ORDERED that the pretrial will be held on  December 8 , at 2 p.m.;
5  and it is
6  FURTHER ORDERED that the trial will commence on  January 26 , at 8:30 a.m.

HONORABLE JEFFREY S. WHITE
United States District Judge

Order Changing Trial Date
No. 02-4948 JSW                                2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>REAL PROPERTY AT 6557 ASCOT DRIVE, OAKLAND, CALIFO et al,<br><br>        Defendant. / | Case Number: CV02-04948 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Niloufer Fontaine
6557 Ascott Drive
Oakland, CA 94611-1708

Steven Fontaine
6557 Ascott Drive
Oakland, CA 94611-1708

Dated: April 18, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk