Kate Dyer
CLARENCE & DYER, LLP
899 Ellis Street
San Francisco, CA 94109
Tel: 415-749-1800
Fax: 415-749-1694
email: kdyer@clarencedyer.com

Attorneys for Claimant
HUIBERT JOHANNES VAN PRAAG

FILED
MAY 05 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff<br><br>v.<br><br>REAL PROPERTY LOCATED AT 6557 ASCOT DRIVE, OAKLAND, CALIFORNIA,<br><br>            Defendant.<br><br>STEVEN FONTAINE, NILOUFER FONTAINE, HEREFORD HUMANITARIAN BUSINESS TRUST, HUIBERT JOHANNES VAN PRAAG AND LONGMEAD PROPERTIES LIMITED,<br><br>            Claimants. | Case No. 02-4948 JSW<br><br>[PROPOSED] ORDER RE JOINT MOTION TO MODIFY PRETRIAL DISCOVERY SCHEDULE |

UPON CONSIDERATION of the joint motion of Investor Claimants van Praag, Longmead Properties, Ltd., the Hereford Humanitarian Business Trust and plaintiff the United States to modify pretrial discovery dates, the entire record and for good cause shown, the Court hereby GRANTS the motion and orders that the pretrial calendar be modified as follows:

U.S. v. Real Property, Case No. 02-4918 JSW

1

| | |
|---|---|
| Close of non-expert discovery | August 15, 2008 |
| Expert designations and reports | August 15, 2008 |
| Counter expert designations | September 5, 2008 |
| Last day to file dispositive motions | September 12, 2008 |
| Last day to hear dispositive motions | November 7, 2008 at 9:00 a.m. ~~October 17, 2008~~ |

The Pretrial Conference previously set for December 8, 2008 and the Jury Trial set for January 26, 2009, ~~shall not be modified.~~ are HEREBY CONTINUED to January 26, 2009 and February 23, 2009, respectively.

IT IS SO ORDERED.

Dated: 2008

HONORABLE JEFFREY S. WHITE
United States District Judge

U.S. v. Real Property, Case No. 02-4918 JSW

2

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REAL PROPERTY AT 6557 ASCOT DRIVE, OAKLAND, CALIFO et al,

        Defendant.

_____/

Case Number: CV02-04948 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 5, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Niloufer Fontaine
6557 Ascott Drive
Oakland, CA 94611-1708

Steven Fontaine
6557 Ascott Drive
Oakland, CA 94611-1708

Dated: May 5, 2008

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk