1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  PATRICIA J. KENNEY (CSBN 130238)
   Assistant United States Attorney
5      450 Golden Gate Avenue
       San Francisco, CA 94102
6      Telephone: 415.436.6857
       Facsimile:  415.436.6748
7      Email: patricia.kenney@usdoj.gov

8  Attorneys for the United States of America

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                   SAN FRANCISCO DIVISION

12 UNITED STATES OF AMERICA,           )
                                        )
13           Plaintiff,                 )
                                        )
14     v.                               )   No. 02-4948 JSW
                                        )
15 REAL PROPERTY LOCATED                )
   AT 6557 ASCOT DRIVE,                 )
16 OAKLAND, CALIFORNIA,                 )
                                        )   STIPULATION RE: ONE-DAY
17           Defendant.                 )   EXTENSION, *NUNC PRO TUNC*,
                                        )   FOR FILING THE MOTION
18 ──────────────────────               )   OF THE UNITED STATES
   EREFORD HUMANITARIAN                 )   FOR SUMMARY JUDGMENT
19 BUSINESS TRUST,                      )
   HUIBERT JOHANNES VAN PRAAG,          )
20 LONGMEAD PROPERTIES LIMITED,         )
   STEVEN FONTAINE AND                  )
21 NILOUFER FONTAINE,                   )
                                        )
22           Claimants.                 )
                                        )

E-Filing

1  The parties agree, subject to the Court's approval, that the deadline for the United States
2  to file its motion for summary judgment which was due to be filed on October 3, 2008 is
3  extended by one-business day, to and including October 6, 2008, and that the opposition of the
4  claimants Steven Fontaine and Niloufer Fontaine be extended as well by one day, to and
5  including October 20, 2008. The reply of the United States shall continue to be due on or before
6  October 24, 2008. In this way, the two weeks that the Court has to consider the submission prior
7  to the hearing will not be affected.

8  The Court scheduled the last day for hearing on dispositive motions for November 7,
9  2008. Under Civil Local Rule 7-2(a), motions must be filed five weeks before the hearing date.
10 For a November 7, 2008 hearing date, five weeks before the hearing date is October 3, 2008. In
11 order that claimants Steven Fontaine and his wife, Niloufer Fontaine, have full 2-weeks to
12 oppose the motion, Civ.L.R. 7-3(a), the United States also asks the Court to extend the time for
13 claimants Fontaine to oppose by one day which will come out of the week which the United
14 States has to reply. All claimants have graciously agreed to the requested extensions.

15 The reason for the requested extensions is that the undersigned Assistant United States
16 Attorney had knee surgery in early September and, as a result, was out of the office for
17 more than two weeks. As a result, due to the press of business including other court imposed
18 deadlines and despite the exercise of due diligence, the undersigned was unable to file the motion
19 for summary judgment on October 3, 2008. In order to file the motion on Sunday, October 5,
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Stip and Order Re 1-Day Exten.
No. 02-4948 JSW                  2

2008, the undersigned worked until 10:00 p.m. on October 3 (Friday), until 11:15 p.m. on October 4 (Saturday) and until 5:00 p.m. on October 5 (Sunday).

Accordingly, the parties respectfully request the Court to enter this stipulation as an order.

IT IS SO STIPULATED:

Dated: October 6, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States

COOPER, WHITE & COOPER LLP

Dated: October 6, 2008

STEPHEN D. KAUS
Attorneys for Hereford Humanitarian Business Trust

DONOVAN HATEM LLP

Dated: October 6, 2008

DARRELL MOOK
Attorney for Hereford Humanitarian Business Trust

CLARENCE & DYER LLP

Dated: October 6, 2008

KATE DYER
Attorney for Huibert Van Praag and
Longmead Properties LLP

Dated: October 6, 2008

STEVEN FONTAINE
NILOUFER FONTAINE
Claimants

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS _____ DAY OF OCTOBER, 2008.

HONORABLE JEFFREY S. WHITE
United States District Court

Stip and Order Re 1-Day Exten.
No. 02-4948 JSW                    3

1  2008, the undersigned worked until 10:00 p.m. on October 3 (Friday), until 11:15 p.m. on
2  October 4 (Saturday) and until 5:00 p.m. on October 5 (Sunday).
3      Accordingly, the parties respectfully request the Court to enter this stipulation as an order.

5  IT IS SO STIPULATED:    JOSEPH P. RUSSONIELLO
    United States Attorney

6  Dated: October 6, 2008

7      ————————————————
    PATRICIA J. KENNEY
    Assistant United States Attorney
8      Attorneys for the United States

9      COOPER, WHITE & COOPER LLP

10 Dated: October 6, 2008
    ————————————————
11     STEPHEN D. KAUS
    Attorneys for Hereford Humanitarian Business Trust

12     DONOVAN HATEM LLP

13 Dated: October 6, 2008
    ————————————————
14     DARRELL MOOK
    Attorney for Hereford Humanitarian Business Trust

15     CLARENCE & DYER LLP

16 Dated: October 6, 2008
17     KATE DYER
    Attorney for Huibert Van Praag and
    Longmead Properties LLP

19 Dated: October 6, 2008
    ————————————————
20     STEVEN FONTAINE
    NILOUFER FONTAINE
    Claimants

22
23 IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS _____
24 DAY OF OCTOBER, 2008.

25     ————————————————
    HONORABLE JEFFREY S. WHITE
26     United States District Court

Stip and Order Re 1-Day Exten.
No. 02-4948 JSW    3

Case 3:02-cv-04948-JSW   Document 207   Filed 10/07/08   Page 5 of 6
Case 3:02-cv-04948-JSW   Document 205   Filed 10/06/2008   Page 5 of 5
02/17/2005 23:56   15104828118   GRACEMOUNT   PAGE 03/03

1  2008, the undersigned worked until 10:00 p.m. on October 3 (Friday), until 11:15 p.m. on
2  October 4 (Saturday) and until 5:00 p.m. on October 5 (Sunday).
3      Accordingly, the parties respectfully request the Court to enter this stipulation as an order.
4
5  IT IS SO STIPULATED:    JOSEPH P. RUSSONIELLO
    United States Attorney
6
  Dated: October 6, 2008
7      PATRICIA J. KENNEY
    Assistant United States Attorney
8      Attorneys for the United States
9      COOPER, WHITE & COOPER LLP
10  Dated: October 6, 2008
    STEPHEN D. KAUS
11      Attorneys for Hereford Humanitarian Business Trust
12      DONOVAN HATEM LLP
13  Dated: October 6, 2008
    DARRELL MOOK
14      Attorney for Hereford Humanitarian Business Trust
15      CLARENCE & DYER LLP
16  Dated: October 6, 2008
    KATE DYER
17      Attorney for Huibert Van Praag and
    Longmead Properties LLP
18
19  Dated: October 6, 2008
    STEVEN FONTAINE
20      NILOUFER FONTAINE
    Claimants
21
22  IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS 7th
23  DAY OF OCTOBER, 2008.
24
25      HONORABLE JEFFREY S. WHITE
    United States District Court
26
27
28

Stip and Order Re 1-Day Exten.
No. 02-4948 JSW    3

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

REAL PROPERTY AT 6557 ASCOT DRIVE, OAKLAND, CALIFO et al,

        Defendant.

Case Number: CV02-04948 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Niloufer Fontaine
6557 Ascott Drive
Oakland, CA 94611-1708

Steven Fontaine
6557 Ascott Drive
Oakland, CA 94611-1708

Dated: October 7, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk