JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile: 415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>REAL PROPERTY LOCATED<br>AT 6557 ASCOT DRIVE,<br>OAKLAND, CALIFORNIA,<br><br>              Defendant.<br><br>HEREFORD HUMANITARIAN<br>BUSINESS TRUST,<br>HUIBERT JOHANNES VAN PRAAG,<br>LONGMEAD PROPERTIES LIMITED,<br>STEVEN FONTAINE AND<br>NILOUFER FONTAINE,<br><br>              Claimants. | No. 02-4948 JSW (EDL)<br><br>STIPULATION RE: BRIEFING SCHEDULE ON MOTION OF THE UNITED STATES TO COMPEL |

1   The United States indicated its intent to file a motion to compel against Steven Fontaine
2   and Niloufer Fontaine in its motion for summary judgment. As a result, the Honorable Jeffrey S.
3   White referred the matter to the Honorable Elizabeth D. Laporte who issued a briefing order
4   requiring the United States to file its motion to compel on or before October 27, 2008; requiring
5   the Fontaine claimants to file their opposition, if any, on or before November 3; requiring the
6   United States to file its reply on or before November 7, 2008.
7   Because Steven Fontaine could not file his opposition on or before November 3, and
8   because the undersigned Assistant United States Attorney will be out-of-the country from
9   November 8 to November 15, the parties agree – subject to the Court's approval – that Steven
10  Fontaine and Niloufer Fontaine shall file their opposition, if any, on or before Thursday,
11  November 6, 2008, and the United States shall file its reply on or before Thursday, November 20,
12  2008.[1]

IT IS SO STIPULATED:        JOSEPH P. RUSSONIELLO
                            United States Attorney

Dated: November 4, 2008
                            PATRICIA J. KENNEY
                            Assistant United States Attorney
                            Attorneys for the United States

Dated: November 4, 2008
                            STEVEN FONTAINE
                            NILOUFER FONTAINE
                            Claimants

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS  5th
DAY OF NOVEMBER 2008. A HEARING, IF NECESSARY, SHALL BE HELD ON
December 9, 2008 at 9:00 a.m.

                            HONORABLE ELIZABETH D. LAPORTE
                            United States

IT IS SO ORDERED
Judge Elizabeth D. Laporte

---

[1] For purposes of any hearing which might be required, the AUSA notes that she is unavailable and out of the office from December 1 through 6, 2008.

Stip & Order Re Sched. Mot. to Compel
No. 02-4948 JSW(EDL)                2