IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. C 02-4948 JSW |
| v. | |
| REAL PROPERTY AT 6557 ASCOT DRIVE, OAKLAND, CALIFORNIA, | **ORDER VACATING DATES** |
| Defendant, | |
| STEVEN FONTAINE and NILOUFER FONTAINE, | |
| Claimants. | |

The Court HEREBY VACATES the pretrial conference and the trial currently scheduled in this matter. The Court will reset these dates, if necessary, in the order resolving the pending motion for summary judgment.

**IT IS SO ORDERED.**

Dated: December 18, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>REAL PROPERTY AT 6557 ASCOT DRIVE, OAKLAND, CALIFO et al,<br><br>    Defendant.<br>_____/ | Case Number: CV02-04948 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Niloufer Fontaine
6557 Ascott Drive
Oakland, CA 94611-1708

Steven Fontaine
6557 Ascott Drive
Oakland, CA 94611-1708

Dated: December 18, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk