**United States District Court**

For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   UNITED STATES OF AMERICA,

10              Plaintiff,                          No. C 02-4948 JSW

11      v.

12   REAL PROPERTY AT 6557 ASCOT DRIVE,        **JUDGMENT**
     OAKLAND, CALIFORNIA,
13
                Defendant,
14
     STEVEN FONTAINE and NILOUFER
15   FONTAINE,

16              Claimants.

17   _____/

18          Pursuant to the Court's Order granting Plaintiff's motion for summary judgment,

19   judgment is hereby entered in favor of Plaintiff and against Claimants.

20          **IT IS SO ORDERED AND ADJUDGED.**

21
     Dated:    March 30, 2009
22                                               _____
                                                 JEFFREY S. WHITE
23                                               UNITED STATES DISTRICT JUDGE

24

25

26

27

28