Pro Se

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> REAL PROPERTY LOCATED AT 6557 ASCOT DRIVE, OAKLAND, CALIFORNIA, <br><br> Defendant. <br><br> HEREFORD HUMANITARIAN BUSINESS TRUST, HUIBERT JOHANNES VAN PRAAG, LONGMEAD PROPERTIES LIMITED, STEVEN FONTAINE AND NILOUFER FONTAINE, <br><br> Claimants. | No. 02-4948 JSW <br><br> AMENDED JUDGMENT AND FINAL ORDER OF FORFEITURE |

1  Pursuant to the Court's March 30, 2009 Order, as amended on April 13, 2009, granting
2  the United States's motion for summary judgment forfeiting defendant 6557 Ascot Drive to the
3  United States, it is by the Court on this APR 2 0 2009 day of April, 2009,

4  ORDERED, ADJUDGED AND DECREED that defendant 6557 Ascot Drive is forfeited
5  to the United States as of March 30, 2009 when the Court entered summary judgment for the
6  United States; and it is further

7  ORDERED that, pursuant to 18 U.S.C. § 981(f), title to defendant 6557 Ascot Drive
8  vested in the United States as of the date that it was purchased with the proceeds of the wire
9  fraud on or about August 5, 2002; and it is further

10  ORDERED that the United States has clear title to defendant 6557 Ascot Drive as of
11  August 5, 2002; and it is further

12  ORDERED that, based on the Stipulated Occupancy Agreement signed by all claimants
13  and the United States, claimants Steven and Niloufer Fontaine can continue to reside at
14  defendant 6557 Ascot Drive to and including July 12, 2009, provided that they comply with the
15  terms of that stipulated agreement; and it is further

16  ORDERED that, pursuant to 18 U.S.C. § 981(e) and (j)(1), the United States Marshals
17  Service shall take whatever actions are necessary, in accordance with law, to dispose of
18  defendant 6557 Ascot Drive on July 12, 2009; and it is further

19  ORDERED that the Court shall retain jurisdiction to enter any orders necessary to amend
20  or enforce this order.

*Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
United States District Judge

Amended Judgment &
Final Order of Forfeiture
No. 02-4948 JSW                               2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      Case Number: CV02-04948 JSW

         Plaintiff,     **CERTIFICATE OF SERVICE**

v.

REAL PROPERTY AT 6557 ASCOT DRIVE, OAKLAND, CALIFO et al,

         Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Niloufer Fontaine
Steven Fontaine
6557 Ascott Drive
Oakland, CA 94611-1708

Dated: April 20, 2009

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk