```
 1  JAMES M. BRADEN (SBN 102397)
    PAMELA J. SIEUX (SBN 201102)
 2  LAW OFFICES OF JAMES M. BRADEN
    44 MONTGOMERY STREET, SUITE 1210
 3  SAN FRANCISCO, CA  94104

 4  TELEPHONE: (415) 398-6865
    FACSIMILE:  (415) 788-5605
 5  EMAIL:      braden@sf-lawyer.com

 6       Attorneys for Claimants
         Steven Fontaine and Niloufer Fontaine
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>REAL PROPERTY LOCATED, AT 6557 ASCOT DRIVE, OAKLAND, CALIFORNIA,<br><br>                    Defendants. | Case No. C 02-4948 JSW<br><br>STIPULATION AND ORDER EXTENDING THE FONTAINE CLAIMANTS' TIME BY ONE WEEK FOR FILING A REPLY BRIEF IN SUPPOFT OF THEIR MOTION FOR A STAY OF ENFORCEMENT OF JUDGMENT |
| STEVEN FONTAINE, NILOUFER FONTAINE, HEREFORD HUMANITARIAN BUSINESS TRUST, HUIBERT JOHANNES VAN PRAAG, AND LONGMEAD PROPERTIES LIMITED,<br><br>                    Claimants. | Date:  To be Submitted on Briefs Without<br>         Oral Argument<br>Time:  Not Applicable<br>Place:  Courtroom 11<br>Judge:  Hon. Jeffrey S. White |

FURTHER REVISION TO BRIEFING SCHEDULE
ON FONTAINE CLAIMANTS' MOTION FOR STAY
OF ENFORCEMENT OF JUDGMENT

The parties agree, subject to the Court's approval, that the Fontaine claimants may have an additional week, to and including July 31, 2009, to file their reply brief in support of their motion to enforce the judgment in this case. Unless time is extended, the Fontaine claimants' reply brief is due to be filed on or before July 24, 2009. The Fontaine claimants have not sought any prior extension of time. In a previous stipulation, which the Court entered as an order on July 2, 2009, the parties agreed and the Court ordered that following the submission of the briefs in connection with the Fontaine claimants' motion that the Court would take the motion under submission without a hearing.

The reason that the Fontaine claimants are requesting an additional week is that the Fontaines' attorneys are a two-person law firm consisting of James Braden and Pamela Sieux. Although Mr. Braden did the majority of the work on the opening papers on this motion, Ms. Sieux also materially contributed. Moreover, Ms. Sieux has primary working responsibility for many matters that the law firm handles. Ms. Sieux is currently in the last week of a vacation in High River, Alberta Province, Canada, where she is entirely unavailable to perform any services. It is not merely a question this week of her not being available to work on the reply brief in this matter, but also that Mr. Braden must attend during her absence to other matters for which she is primarily responsible. Ms. Sieux will return to the office on Monday, July 27, and will be fully available to resume responsibility for those other matters, as well as to assist with preparing and filing the reply brief in this matter by Friday, July 31.

Neither the United States nor the Investor claimants have any objection to the Fontaine Claimants having a one-week extension of time to July 31 for their reply brief, as long as the

/ / /

/ / /

FURTHER REVISION TO BRIEFING SCHEDULE
ON FONTAINE CLAIMANTS' MOTION FOR STAY
OF ENFORCEMENT OF JUDGMENT

Fontaine claimants do not file any motions in any court during the period from August 3 to August 7, 2009. The Fontaine Claimants agree to and accept this condition.

IT IS SO STIPULATED:

Dated: July 21, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

/s/ Patricia J. Kenney
PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States

Dated: July 21, 2009

COOPER, WHITE & COOPER LLP

STEPEHN KAUS
Attorney for Claimant Hereford Humanitarian Trust

Dated: July 21, 2009

DONOVAN HATEM LLP

DARRELL MOOK
Attorney for Claimant Hereford Humanitarian Trust

Dated: July ___, 2009

CLARENCE & DYER LLP

_____
KATE DYER
Attorneys for Claimants Huibert Van Praag
and Longmead Properties LLP

Dated: July 21, 2009

JAMES BRADEN
Attorney for Claimants Steven Fontaine
and Niloufer Fontaine

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS ___ DAY OF JULY, 2009.

_____
HONORABLE JEFFREY S. WHITE
United States District Court

FURTHER REVISION TO BRIEFING SCHEDULE
ON FONTAINE CLAIMANTS' MOTION FOR STAY
OF ENFORCEMENT OF JUDGMENT

Fontaine claimants do not file any motions in any court during the period from August 3 to August 7, 2009. The Fontaine Claimants agree to and accept this condition.

IT IS SO STIPULATED:

Dated: July 21, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

*/s/ Patricia J. Kenney*
PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States

Dated: July ___, 2009

COOPER, WHITE & COOPER LLP

_____
STEPEHN KAUS
Attorney for Claimant Hereford Humanitarian Trust

Dated: July ___, 2009

DONOVAN HATEM LLP

_____
DARRELL MOOK
Attorney for Claimant Hereford Humanitarian Trust

Dated: July 21, 2009

CLARENCE & DYER LLP

*/s/ Kate Dyer*
KATE DYER
Attorneys for Claimants Huibert Van Praag
and Longmead Properties LLP

Dated: July 21, 2009

*/s/ James Braden*
JAMES BRADEN
Attorney for Claimants Steven Fontaine
and Niloufer Fontaine

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS 22 DAY OF JULY, 2009.

*/s/ Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
United States District Court
by the Honorable Thelton E. Henderson

FURTHER REVISION TO BRIEFING SCHEDULE
ON FONTAINE CLAIMANTS' MOTION FOR STAY
OF ENFORCEMENT OF JUDGMENT