JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

PATRICIA J. KENNEY (CSBN 130238)
Assistant United States Attorney
   450 Golden Gate Avenue
   San Francisco, CA 94102
   Telephone: 415.436.6857
   Facsimile:  415.436.6748
   Email: patricia.kenney@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>REAL PROPERTY LOCATED<br>AT 6557 ASCOT DRIVE,<br>OAKLAND, CALIFORNIA,<br><br>            Defendant.<br><br>HEREFORD HUMANITARIAN<br>BUSINESS TRUST,<br>HUIBERT JOHANNES VAN PRAAG,<br>LONGMEAD PROPERTIES LIMITED,<br>STEVEN FONTAINE AND<br>NILOUFER FONTAINE,<br><br>            Claimants. | No. 02-4948 JSW<br><br>SECOND AMENDMENT TO<br>THE MAY 8, 2009 STIPULATED<br>OCCUPANCY AGREEMENT |

The Parties stipulate and agree as follows:

1.    Plaintiff is the United States of America. Defendant is the Real Property Located at 6557 Ascot Drive, Oakland, California ("defendant 6557 Ascot Drive"). Appearing as Claimants after filing a claim and answer are (1) Steven Fontaine and Niloufer Fontaine, his wife ("Fontaine Claimants"); and (2) Hereford Humanitarian Business Trust, Huibert Johannes Van

Praag and Longmead Properties Limited ("Investor Claimants"). The United States and Claimants are hereinafter referred to as the "Parties" in this document.

2. The purpose of this Second Amended Occupancy Agreement ("2d Amended SOA") is to amend the Stipulated Occupancy Agreement ("SOA") filed May 8, 2009 as amended on July 2, 2009 to authorize Fontaine Claimants Steven to continue to reside at defendant 6557 Ascot Drive from September 12, 2009 to and including October 12, 2009 on the terms set forth below with an option to extend their occupancy to and including October 27, 2009. This extension of the lease period is conditioned (1) on the Fontaine Claimants correcting any deficiencies in failing to pay the maintenance expenses which they are required to pay as further described below; (2) on the Fontaine Claimants filing their motion for a stay of execution of judgment in the Ninth Circuit on or before 9:00 a.m. on August 31, 2009 and emailing a copy of that motion by that date and time to government counsel; and (3) on the Fontaine Claimants paying $4000 in rent as provided below on or before September 4, 2009 to extend their occupancy to and including October 12, 2009 or, at their option, pay an additional $2000 on or before September 4, 2009 to extend their occupancy to and including October 27, 2009. These three conditions are material and unless they are met this 2d Amended SOA is ineffective to extend the lease period.

3. One purpose of extending the lease period in this 2d Amended SOA is to give the Ninth Circuit time to consider the Fontaine Claimants' motion on a non-emergency basis. Thus, the Fontaine Claimants agree to file their motion in the Ninth Circuit on or before 9:00 a.m. on August 31, 2009, and to email a copy of that motion by that date and time to government counsel.

4. Since the 1st Amended SOA was signed and filed, the United States has been informed by the City of Oakland that the Fontaine Claimants failed to pay for garbage removal as required under the SOA as amended by the 1st Amended SOA. On or before September 4, 2009, the Fontaine Claimants agree to provide proof of actual payment for garbage removal, utilities (water, electricity, gas), casualty and fire insurance naming the United States as an additional

///

1 | payee, association fees (if applicable) and any other expenses associated with maintaining
2 | defendant 6557 Ascot Drive.
3 |     5.    The Parties stipulated to an occupancy agreement which was entered by the Court
4 | as an order on May 8, 2009, and the Parties filed a first amendment to that stipulated occupancy
5 | agreement ("1st Amended SOA") which the Court entered as an order on July 2, 1009. *See* SOA,
6 | filed May 8, 2009; 1st Amended SOA, filed July 2, 2009. Except to the extent that the Parties
7 | agree in this 2d Amended SOA to expressly amend or modify the SOA as amended by the 1st
8 | Amended SOA, the Parties agree that the SOA as amended by the 1st Amended SOA is in effect.
9 | To the extent that any provision in this 2d Amended SOA is inconsistent with the SOA as
10 | amended by the 1st SOA, this 2d Amended SOA controls.
11 |     6.    The 1st Amended SOA replaced the date "July 12, 2009" in paragraphs 2, 5
12 | and 11 of the SOA with the date "September 12, 2009." That date, "September 12, 2009," is
13 | now hereby changed to read "October 12, 2009" if the Fontaine Claimants pay the rental of
14 | $4000 on or before September 4, 2009, or to "October 17, 2009" if the Fontaine Claimants pay
15 | an additional $2000 on or before September 4, 2009.
16 |     7.    The Parties agree that the Fontaine claimants shall pay $4000 as rent for the
17 | period from September 12, 2009 to and including October 12, 2009 which rent is due and
18 | payable on or before September 4, 2009 or, if the Fontaine claimants choose the option of paying
19 | an additional $2000 on or before September 4, 2009, then the lease period is extended to and
20 | including October 27, 2009. Either way, The payment shall be made in accordance with
21 | ///
22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28 | ///

1  paragraph 7 of the 1st Amended SOA, and failure to make either a payment of $4000 or a
2  payment of $6000 on or before September 4, 2009 requires the Fontaine claimants to vacate the
3  premises and remove their personal property on or before September 12, 2009.

4                                           * * * * *

5  IT IS SO STIPULATED:           JOSEPH P. RUSSONIELLO
                                   United States Attorney
6
   Dated: August _26_, 2009
7                                  _/s/ Patricia Kenney_
                                   PATRICIA J. KENNEY
8                                  Assistant United States Attorney
                                   Attorneys for the United States

9                                  COOPER, WHITE & COOPER LLP
10 Dated: August _27_, 2009        _Stephen D Kaus/ per email authy._  pkenney
                                   STEPHEN D. KAUS
11                                 Attorneys for Hereford Humanitarian Business Trust

12                                 DONOVAN HATEM LLP
13 Dated: August _27_, 2009        _Darrell Mook/ per email authy._  pkenney
                                   DARRELL MOOK
14                                 Attorney for Claimant Hereford
                                   Humanitarian Business Trust
15
                                   CLARENCE & DYER LLP
16
   Dated: August ___, 2009         _____
17                                 KATE DYER
                                   Attorney for Claimants Huibert Van Praag and
18                                 Longmead Properties LLP

19 Dated: August ___, 2009         _____
20                                 STEVEN FONTAINE, Claimant

   Dated: August ___, 2009         _____
21                                 NILOUFER FONTAINE, Claimant

22 Dated: August ___, 2009         _____
23                                 JAMES M. BRADEN
                                   Attorney for Claimants Steven and Niloufer Fontaine
24
        IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS
25
        ____ DAY OF _____, 2009.
26

27
                                   _____
                                   HONORABLE JEFFREY S. WHITE
28                                 United States District Court

2d Amended Stipulated Occupancy Agreement
No. 02-4948 JSW                              4

| | |
|---|---|
| 1 | paragraph 7 of the 1st Amended SOA, and failure to make either a payment of $4000 or a |
| 2 | payment of $6000 on or before September 4, 2009 requires the Fontaine claimants to vacate the |
| 3 | premises and remove their personal property on or before September 12, 2009. |
| 4 | * * * * * |

5   IT IS SO STIPULATED:          JOSEPH P. RUSSONIELLO
                                  United States Attorney

6
    Dated: August  26 , 2009      _____
7                                 PATRICIA J. KENNEY
                                  Assistant United States Attorney
8                                 Attorneys for the United States

9                                 COOPER, WHITE & COOPER LLP

10  Dated: August ___, 2009       _____
                                  STEPHEN D. KAUS
11                                Attorneys for Hereford Humanitarian Business Trust

12                                DONOVAN HATEM LLP

13  Dated: August ___, 2009       _____
                                  DARRELL MOOK
14                                Attorney for Claimant Hereford
                                  Humanitarian Business Trust
15
                                  CLARENCE & DYER LLP
16
    Dated: August 26, 2009        _____
17                                KATE DYER
                                  Attorney for Claimants Huibert Van Praag and
18                                Longmead Properties LLP

19  Dated: August ___, 2009       _____
                                  STEVEN FONTAINE, Claimant
20
    Dated: August ___, 2009       _____
21                                NILOUFER FONTAINE, Claimant

22  Dated: August ___, 2009       _____
                                  JAMES M. BRADEN
23                                Attorney for Claimants Steven and Niloufer Fontaine

24
        IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS
25
    ____ DAY OF _____, 2009.
26

27
                                  _____
28                                HONORABLE JEFFREY S. WHITE
                                  United States District Court

2d Amended Stipulated Occupancy Agreement
No. 02-4948 JSW                           4

paragraph 7 of the 1st Amended SOA, and failure to make either a payment of $4000 or a payment of $6000 on or before September 4, 2009 requires the Fontaine claimants to vacate the premises and remove their personal property on or before September 12, 2009.

* * * * *

IT IS SO STIPULATED:

Dated: August 26, 2009

JOSEPH P. RUSSONIELLO
United States Attorney

_____
PATRICIA J. KENNEY
Assistant United States Attorney
Attorneys for the United States

COOPER, WHITE & COOPER LLP

Dated: August ___, 2009

_____
STEPHEN D. KAUS
Attorneys for Hereford Humanitarian Business Trust

DONOVAN HATEM LLP

Dated: August ___, 2009

_____
DARRELL MOOK
Attorney for Claimant Hereford Humanitarian Business Trust

CLARENCE & DYER LLP

Dated: August ___, 2009

_____
KATE DYER
Attorney for Claimants Huibert Van Praag and Longhead Properties LLP

Dated: August 27, 2009

_____
STEVEN FONTAINE, Claimant

Dated: August 27, 2009

_____
NILOUFER FONTAINE, Claimant

Dated: August 27, 2009

_____
JAMES M. BRADEN
Attorney for Claimants Steven and Niloufer Fontaine

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS 28 DAY OF August, 2009.

_____
HONORABLE JEFFREY S. WHITE
United States District Court

2d Amended Stipulated Occupancy Agreement
No. 02-4948 JSW                                                 4