1  JAMES M. BRADEN (SBN 102397)
   PAMELA J. SIEUX (SBN 201102)
2  LAW OFFICES OF JAMES M. BRADEN
   44 MONTGOMERY STREET, SUITE 1210
3  SAN FRANCISCO, CA 94104

4  TELEPHONE: (415) 398-6865
   FACSIMILE: (415) 788-5605
5  EMAIL:     braden@sf-lawyer.com

6         Attorneys for Claimants
          Steve Fontaine and Niloufer Fontaine
7

8  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

9  BRIAN J. STRETCH (CSBN 163973)
10 Chief, Criminal Division

11 PATRICIA J. KENNEY (CSBN 130238)
   ASSISTANT UNITED STATES ATTORNEY
12 450 GOLDEN GATE AVENUE
   SAN FRANCISCO, CA 94102
13
   TELEPHONE: (415) 436.6857
14 FACSIMILE:  (415) 436.6748
   EMAIL:      patricia.kenney@usdoj.gov

15        Attorneys for the United States of America

16                    UNITED STATES DISTRICT COURT
17
                     NORTHERN DISTRICT OF CALIFORNIA
18
                           SAN FRANCISCO DIVISION
19

20 | UNITED STATES OF AMERICA, | Case No. C 02-4948 JSW |
21 |                           |                         |
   |        Plaintiff,          |                         |
22 | v.                        | THIRD AMENDMENT TO THE MAY 8, |
   |                           | 2009 STIPULATED OCCUPANCY |
23 | REAL PROPERTY LOCATED, AT 6557 | AGREEMENT |
24 | ASCOT DRIVE, OAKLAND, CALIFORNIA, | |
25 |        Defendants.         |                         |
26
27 AND RELATED CROSS-ACTION
28

THIRD AMENDMENT TO THE
STIPULATED OCCUPANCY AGREEMENT

The Parties stipulate and agree as follows:

1) Plaintiff is the United States of America. Defendant is the Real Property Located at 6557 Ascot Drive, Oakland, California ("defendant 6557 Ascot Drive"). Appearing as Claimants after filing a claim and answer are (1) Steven Fontaine and Niloufer Fontaine, his wife ("Fontaine Claimants"); and (2) Hereford Humanitarian Business Trust, Huibert Johannes Van Praag and Longmead Properties Limited ("Investor Claimants"). The United States and Claimants are hereinafter referred to as the "Parties" in this document.

2) The purpose of this Third Amended Occupancy Agreement ("3d Amended SOA") is to amend the Stipulated Occupancy Agreement ("SOA") filed May 8, 2009, as amended on July 2, 2009, and as further amended on August 28, 2009, to authorize the Fontaine Claimants to continue to reside at defendant 6557 Ascot Drive from October 12, 2009 to and including November 1, 2009 on the terms set forth below.

3) This extension of the lease period is conditioned upon the Fontaine Claimants paying $ 2,581 in rent as provided below on or before October 2, 2009 to extend their occupancy to and including November 1, 2009. This payment condition is material and unless it is met, this 3d Amended SOA is ineffective to extend the lease period.

4) The Parties stipulated to an occupancy agreement which was entered by the Court as an order on May 8, 2009, the Parties filed a first amendment to that stipulated occupancy agreement ("1st Amended SOA") which the Court entered as an order on July 2, 2009, and the Parties filed a second amendment to that stipulated occupancy agreement ("2nd Amended SOA") which the Court entered as an order on August 28, 2009. *See* SOA, filed May 8, 2009; 1st Amended SOA, filed July 2, 2009; 2nd Amended SOA filed August 28, 2009. Except to the extent that the Parties agree in this

2

THIRD AMENDMENT TO THE
STIPULATED OCCUPANCY AGREEMENT

3d Amended SOA to expressly amend or modify the SOA as amended by the 1st and 2nd Amended SOA's, the Parties agree that the SOA as amended by the 1st and 2nd Amended SOA's is in effect. To the extent that any provision in this 3d Amended SOA is inconsistent with the SOA as amended by the 1st and 2nd SOA's, this 3d Amended SOA controls.

3)   The 2st Amended SOA replaced the date "September 12, 2009" in paragraphs 2, 5 and 11 of the SOA with the date "October 12, 2009." That date, "October 12, 2009," is now hereby changed to read "November 1, 2009" if the Fontaine Claimants pay the rental of $ 2,581 on or before October 2, 2009.

4)   The Parties agree that the Fontaine claimants shall pay $ 2,581 as rent for the period from October 12, 2009 to and including November 1, 2009, which rent is due and payable on or before October 2, 2009. The payment shall be made in accordance with paragraph 7 of the 1st Amended SOA, and failure to do so on or before October 2, 2009 requires the Fontaine claimants to vacate the premises and remove their personal property on or before October 12, 2009. The Fontaines agree that the provision in the 1st Amended SOA that they pay by cashier's check is and must be interpreted to mean payment literally by a cashier's check and by no other instrument or

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

3

**THIRD AMENDMENT TO THE**
**STIPULATED OCCUPANCY AGREEMENT**

form of payment. That means, for example, and without intending limitation, that the Fontaines may not pay the rent by delivering U.S. currency (cash) instead of a cashier's check.

IT IS SO STIPULATED:

Dated: Sept. 30, 2009, 2009.    JOSEPH RUSSONIELLO, United States Attorney

By: /s/ Patricia J. Kenney
Patricia J. Kenney, Assistant United States Attorney
Attorneys for the United States

Dated: _____, 2009.    COOPER, WHITE & COOPER, LLP

By:_____
   Stephen D. Kaus
   Attorneys for Hereford Humanitarian Bus. Trust

Dated: _____, 2009.    DONOVAN HATEM, LLP

By:_____
   Darrell Mook
   Attorneys for Claimant Hereford Human. Bus. Trust

Dated: _____, 2009.    CLARENCE & DYER, LLP

By:_____
   Kate Dyer
   Attorneys for Huibert Van Praag and
   Longmead Properties LLP

Dated: _____, 2009.    _____
                                  Stephen Fontaine, Claimant

Dated: _____, 2009.    _____
                                  Niloufer Fontaine, Claimant

Dated: _____, 2009.    LAW OFFICES OF JAMES M. BRADEN
                                  By:
                                  James M. Braden, Attorneys for Claimants

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS _____ DAY OF _____, 2009.

_____
HONORABLE JEFFREY S. WHITE,
U.S. District Court

4

THIRD AMENDMENT TO THE
STIPULATED OCCUPANCY AGREEMENT

form of payment. That means, for example, and without intending limitation, that the Fontaines may not pay the rent by delivering U.S. currency (cash) instead of a cashier's check.

IT IS SO STIPULATED:

Dated: _____, 2009.   JOSEPH RUSSONIELLO, United States Attorney

By: _____
Patricia J. Kenney Assistant United States Attorney
Attorneys for the United States

Dated: 9/30, 2009.   COOPER, WHITE & COOPER, LLP

By: _____
Stephen D. Kaus
Attorneys for Hereford Humanitarian Bus. Trust

Dated: 9/30, 2009.   DONOVAN HATEM, LLP

By: _____
Darrell Mook
Attorneys for Claimant Hereford Human. Bus. Trust

Dated: 10/1, 2009.   CLARENCE & DYER, LLP

By: _____
Kate Dyer
Attorneys for Huibert Van Praag and
Longmead Properties LLP

Dated: _____, 2009.   _____
Stephen Fontaine, Claimant

Dated: _____, 2009.   _____
Niloufer Fontaine, Claimant

Dated: _____, 2009.   LAW OFFICES OF JAMES M. BRADEN
By: _____
James M. Braden, Attorneys for Claimants

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS _____ DAY OF _____, 2009.

_____
HONORABLE JEFFREY S. WHITE,
U.S. District Court

4

THIRD AMENDMENT TO THE
STIPULATED OCCUPANCY AGREEMENT

form of payment. That means, for example, and without intending limitation, that the Fontaines may not pay the rent by delivering U.S. currency (cash) instead of a cashier's check.

IT IS SO STIPULATED:

Dated: _____, 2009.   JOSEPH RUSSONIELLO, United States Attorney

By: _____
    Patricia J. Kenney Assistant United States Attorney
    Attorneys for the United States

Dated: _____, 2009.   COOPER, WHITE & COOPER, LLP

By: _____
    Stephen D. Kaus
    Attorneys for Hereford Humanitarian Bus. Trust

Dated: _____, 2009.   DONOVAN HATEM, LLP

By: _____
    Darrell Mook
    Attorneys for Claimant Hereford Human. Bus. Trust

Dated: _____, 2009.   CLARENCE & DYER, LLP

By: _____
    Kate Dyer
    Attorneys for Huibert Van Praag and
    Longmead Properties LLP

Dated: Sept 30, 2009.   _____
                        Stephen Fontaine, Claimant

Dated: Sept. 30, 2009.  _____
                        Niloufer Fontaine, Claimant

Dated: October 1, 2009.  LAW OFFICES OF JAMES M. BRADEN
                         By: _____
                         James M. Braden, Attorneys for Claimants

IT IS SO ORDERED PURSUANT TO THE FOREGOING STIPULATION ON THIS
__7__ DAY OF __October__, 2009.

_____
HONORABLE JEFFREY S. WHITE,
U.S. District Court

4

THIRD AMENDMENT TO THE
STIPULATED OCCUPANCY AGREEMENT

Received Time Oct. 1. 9:06AM